IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'05 DEC 22 15:18USDC-ORE

| SHERRIE FINCH, | Civil No. 05-27-HO |
|---|---|
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ORDER |
| Defendant. | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees, and the Court agreeing that fees should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, now, therefore, it is hereby

ORDERED that Plaintiff is awarded attorney fees of $4,525.42, and under the EAJA, 28 U.S.C. § 2412.

DATED this 23rd day of Dec. 2005.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

KARIN J. IMMERGUT OSB # 96314
United States Attorney
District of Oregon

NEIL J. EVANS, OSB #96551
Assistant United States Attorney


s/ Carol A. Hoch
_____
CAROL A. HOCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2684


ORDER - [05-27-HO]